■ In the Matter of BOARD OF EDUCATION OF THE WATERTOWN CITY SCHOOL DISTRICT, Respondent, v WATERTOWN EDUCATION ASSOCIATION, Appellant.—Order unanimously affirmed without costs for the reasons stated in the decision at Special Term, Inglehart, J. (Appeal from order of Supreme Court, Jefferson County, Inglehart, J.—arbitration.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ ARNOLD M. LAROCCA, JR., Respondent, v RYOBI LIMITED, Appellant, et al., Defendants. (And a Third-Party Action.)— Order unanimously affirmed with costs (see, Rissew v Yamaha Motor Co., 129 AD2d 94). (Appeal from order of Supreme Court, Monroe County, Rosenbloom, J.—dismiss complaint.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ LEONARD BEVILACQUA, Plaintiff, v CITY OF NIAGARA FALLS et al., Defendants. WILLIAM M. McDONALD et al., Intervenors-Respondents-Appellants, v AMEDEO D'AURIZIO, Appellant-Respondent.—Judgment unanimously modified on the law and as modified affirmed without costs, in accordance with the following memorandum: We affirm the award of damages, but find that the court erred in not granting interest on the brokers' commissions from the date of the commencement of the action on August 27, 1979 (see, CPLR 5001 [a]; Delulio v 320-57 Corp., 99 AD2d 253; Temple Beth Sholom v Fitzsimons & Assocs., 42 AD2d 739). (Appeals from judgment of Supreme Court, Niagara County, Cook, J.—brokerage commissions.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.